UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD LINAMAN, | ) | |
| Petitioner, | ) | 3:08-cv-00364-LRH-RAM |
| vs. | ) | ORDER |
| JACK PALMER, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is respondents' first motion for enlargement of time in which to file and serve an answer to the petition for writ of habeas corpus (docket #14). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including October 17, 2008, in which to file and serve an answer to the petition for writ of habeas corpus.

DATED this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE