# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LINAMAN, )<br>               Petitioner, )<br>vs. )<br> )<br>JACK PALMER, *et al.*, )<br>               Respondents. )<br>_____/ | 3:08-cv-00364-LRH-RAM<br><br>ORDER |

Before the court is respondents' second motion for enlargement of time in which to file and serve an answer or other response to the petition for writ of habeas corpus (docket #16). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including November 16, 2008, in which to file and serve an answer or other response to the petition for writ of habeas corpus.

DATED this 28th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE