# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD LINAMAN,

    Petitioner,

vs.

JACK PALMER, *et al.*,

    Respondents.

3:08-cv-00364-LRH-RAM

ORDER

Before the Court is petitioner's first motion for enlargement of time in which to file a response to the respondents' motion to dismiss the petition for writ of habeas corpus (docket #24). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including January 30, 2009, in which to file a response to the respondents' motion to dismiss.

DATED this 11th day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE