**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD LINAMAN, | |
| Petitioner, | 3:08-cv-00364-LRH-RAM |
| vs. | ORDER |
| JACK PALMER, *et al.*, | |
| Respondents. | |

Before the Court is petitioner's second motion for enlargement of time in which to file a response to the respondents' motion to dismiss the petition for writ of habeas corpus (docket #26). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including April 6, 2009, in which to file a response to the respondents' motion to dismiss.

DATED this 9th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE