AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

DONALD LINAMAN,

       Petitioner,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:08-CV-00364-LRH-RAM**

JACK PALMER, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#18) is **GRANTED**. The Court finds that all of the grounds for relief remain unexhausted. **IT IS FURTHER ORDERED** that the petition (#4) is **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability.

  August 12, 2009                  **LANCE S. WILSON**
                                                     Clerk

                                                      /s/ D. R. Morgan
                                                         Deputy Clerk